UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:13-cv-22-J-99MMH-JRK

ERNEST SCHIEMANN, an individual,

    Plaintiff,

vs.

CHECK PLUS SYSTEMS, INC., a
Texas corporation, doing business as
"CPS Security,"

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, Ernest Schiemann, an individual, by and through his undersigned attorney, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby files this his notice of dismissal with prejudice.

    /s/ Robert W. Murphy
Robert W. Murphy, Esquire
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telecopier
rphyu@aol.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on David Sander, Esquire, Scanlan, Buckle & Young, P.C., 602 West 11th Street, Austin, Texas 78701, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

      /s/ Robert W. Murphy
      ROBERT W. MURPHY
      Florida Bar No. 717223
      1212 S.E. 2nd Avenue
      Ft. Lauderdale, FL 33316
      (954) 763-8660 Telephone
      (954) 763-8607 Facsimile
      rphyu@aol.com