**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ERNEST SCHIEMANN,

          Plaintiff,

vs.                                            Case No. 3:13-cv-22-J-99MMH-JRK

CHECK PLUS SYSTEMS, INC., a Texas
corporation, d/b/a CPS SECURITY,

          Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 5; Notice) filed on May 13, 2013. In the Notice, Plaintiff requests a dismissal of this case with prejudice. See Notice at 1. Accordingly, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of May, 2013.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

em

Copies to:

Counsel of Record